# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 JAN 17 P 1:59
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Antonio Darnell Mays

v.

(Full name of defendant(s))

Jessica Przybylski

Vince Varone

Case Number:

**19-C-0103**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__, and is located at
   (State)

   __M.S.D.F 1015 N 10th Str P.O. Box 05911 Milw, WI 53205__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Jessica Przybylski__
   (Name)

Complaint – 1

Case 2:19-cv-00103-PP   Filed 01/17/19   Page 1 of 5   Document 1

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at 1 West Lincoln Str. Waupun, WI 53963
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for DOA & DCI Department of Corrections
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Jessica Przybylski and ALJ Vince Varone Miscalculated My Sentence of (20 years) 10 yrs. in prison and 10 yrs. on extended Supervision for a total lenght (20 yrs) on Case no. 02-CF-0271. I got revoked on (01/04/19) and ALJ Vince Varone and DCI Jessica Przybylski to My extended Supervision Street time Credit and put it back on my Case no. 02-CF-0271 Which Now took My Imposed Sentence of

Complaint – 2

(20 yrs.) and Now with Jessica Przybylski and Vince Varone done turn My Sentence unto a (27 years) Sentence without a Trial Judge imposed such a Sentence on Case no. 02-CF-0271 My Maximum Discharge Date Was "January 13, 2022" and Jessica Przybylski and Vince Varone Violated My 8th and 14th U.S.C.A. Incarcerating a (prisoner) beyond the (termination) of his or her "Sentence" without a penedogical justification Violates the Eighth Amend. Prohibition of Cruel and unusual punishment When its the product of deliberate indifference. Russell v. Lazar, 300, F. Supp 2d 716 (2004). Jessica Przybylski and Vince Varone took My 7 yrs. 12 days and put it back on My Sentence Which Cause me to have "7 yrs. 12 days" of Dead time to do that was not imposed by trial Court. I Wrote Jessica Przybylski and Vince Varone to recalculate My Sentence back to (01/13/2022) they Refused.

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Jessica Przybylski and Vince Varone Violating My 8th and 14th U.S.C.A. I am asking for $20,000,000.00 dollars for Subjecting Me to a "27 yrs Sentence"; I want $10,000,000.00 dollars for Pain & Suffering from Jessica Przybylski and $10,000,000.00 dollars from Vince Varone for Pain & Suffering and Subjecting Me to "Unwanted Prison Time"; for a total of $40,000,000.00 dollars for Punitive damage and pain & Suffering and to put My Max-Discharged Dated Back To (January 13, 2022).

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __15__ day of __January__ 20_19_.

Respectfully Submitted,

_Antonio Darnell Mays_
Signature of Plaintiff

_266902_
Plaintiff's Prisoner ID Number

_Milw. Secu. Dete. Faci. 1015 N 10th Str._
_P.O. Box 05911 Milw, WI 53205_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5